PROB 12B
17.931

# United States District Court

### for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Corey S. Leavell                 Case Number: 0980 2:04CR00090-JLQ-1

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: October 7, 2004         Type of Supervision: Supervised Release

Original Offense: Conspiracy to Distribute 100     Date Supervision Commenced: April 13, 2014
Kilograms or More of Marijuana, 21 U.S.C. §
841(a)(1)

Original Sentence: Prison - 151 M; TSR - 60 M      Date Supervision Expires: April 12, 2019

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

20    You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may
      include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per
      month, in order to confirm continued abstinence from these substances.

### CAUSE

Mr. Leavell has a history of substance abuse. Over the last 21 months while incarcerated, he has participated in
substance abuse treatment. Recent communication with Mr. Leavell's treatment counselor suggests that Mr.
Leavell be required to submit to random substance abuse testing while on supervision. Subsequently, this request
for modification of conditions of supervision, with Mr. Leavell's agreement, is being submitted to Your Honor
for consideration.

Respectfully submitted,

by      s/Richard Law
        _____
        Richard Law
        U.S. Probation Officer
        Date: April 4, 2014

Prob 12B
**Re: Leavell, Corey S**
**April 4, 2014**
**Page 2**

THE COURT ORDERS

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]    Other

_____
Signature of Judicial Officer

_____
Date